# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00432-CV

**In re Complete Books & Media Supply, Inc.**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Complete Books & Media Supply, Inc. has filed a petition for writ of mandamus complaining of the trial court's denial of its motion to show authority. *See* Tex. R. App. P. 52.8. Because the rule 12 motion pending before the trial court was brought against attorneys Daniel Ross and Kell Simon and did not mention John Melton, who appeared and testified that he represented real party in interest One Stop Procurement Services, Inc. and had been hired by Robert Tijerina, who he "believed" to be One Stop's president, we cannot hold that the trial court abused its discretion in denying the motion.[1] We deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Waldrop

Filed:   July 31, 2008

_____

[1] We express no opinion as to whether the evidence presented by John Melton about his authority to represent One Stop Procurement Services, Inc. would be sufficient in the face of a motion to show Melton's authority.